UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMZA OISKHINE,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, PAMELA JO BONDI, Attorney General of the United States,<br><br>    Respondents. | Case No.: 26-CV-629 JLS (BJW)<br><br>**ORDER:**<br><br>**(1) DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS, AND**<br><br>**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(ECF Nos. 1, 2) |

Presently before the Court are Hamza Oiskhine's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 2). Also before the Court is Respondents' Return in Opposition to Petition (ECF No. 5) and Petitioner's Traverse ("Traverse," ECF No. 6).

Petitioner, who is released on his own recognizance, alleges that ICE lacks authority to require him to attend check-in appointments pursuant to his Order of Release on Recognizance. Pet. ¶ 2. Petitioner alleges violations of the *Ultra Vires* Acts, the *Accardi* Doctrine, and the Due Process Clause of the Fifth Amendment. *See generally id.* In their

1  Return, Respondents indicate that on February 12, 2026, ICE "rescinded the requirement
2  for Petitioner to report" to ICE.  Ret. at 2.  Thus, "Petitioner is neither in ICE custody nor
3  required to check in with ICE." *Id.*

4  Accordingly, the Court **DISMISSES AS MOOT** the Petition (ECF No. 1) and
5  **DENIES AS MOOT** the TRO Motion (ECF No. 2).  The Court **ORDERS** that
6  Respondents file proof that the requirement for Petitioner to report has been rescinded <u>on
7  or before March 6, 2026.</u>  As this concludes the litigation in this matter, the Clerk of the
8  Court **SHALL** close the file.

9  **IT IS SO ORDERED.**

10  Dated: February 23, 2026

11  Hon. Janis L. Sammartino
12  United States District Judge